UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:

    BILAAL T WILLIAMS

               Debtor

Chapter 13

Bankruptcy No. 24-14255-PMM

TRUSTEE'S MOTION TO DISMISS PURSUANT TO 11 U.S.C. SECTION 1307

To the Honorable Judges of the United States Bankruptcy Court for the Eastern District of Pennsylvania:

1.      Your Movant is Kenneth E. West, Esq. the duly qualified and acting Chapter 13 Trustee in the above-captioned case.

2.      The within case was commenced by the filing of a Chapter 13 petition on 11/27/2024.

3.      This Motion to Dismiss has been filed for the following reason(s):

- There has been unreasonable delay by debtor(s) that is prejudicial to creditors pursuant to 11 U.S.C. Section 1307(c)(1).

    WHEREFORE, Kenneth E. West, Esq., Standing Chapter 13 Trustee,  requests that the Court, after a hearing, enter an Order dismissing this case.

Date: 10/07/2025                      Respectfully submitted,

                                   */s/ Kenneth E. West, Esq.*

                                   Kenneth E. West, Esq.
                                   Standing Chapter 13 Trusteee
                                   190 N. Independence Mall West
                                   Suite 701
                                   Philadelphia, PA  19106
                                   Telephone: (215) 627-1377