# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| | |
|---|---|
| IN RE:<br>BILAAL T WILLIAMS<br>　Debtor | Case No. 24-14255-pmm |
| | Chapter 13 |
| PENTAGON FEDERAL CREDIT UNION,<br>　Movant | |
| vs.<br>BILAAL T WILLIAMS<br>　Respondent | 11 U.S.C. §362 |

## CERTIFICATION OF DEFAULT

**BROCK AND SCOTT, PLLC**, attorneys for Movant, hereby certifies that the above-captioned Debtor has failed to comply with the terms of the Stipulation approved by the U.S. Bankruptcy Judge on October 14, 2025.

In accordance with the terms of said Stipulation agreed to by the parties, the Automatic Stay is hereby lifted as to permit Movant to proceed with their State Court remedies upon Debtor's failure to cure the default.

　　　　　　　　　　　　　　　　　　　　*/s/Mario Hanyon*
　　　　　　　　　　　　　　　　　　　　Andrew Spivack, PA Bar No. 84439
　　　　　　　　　　　　　　　　　　　　Mario Hanyon, PA Bar No. 203993
　　　　　　　　　　　　　　　　　　　　Jay Jones, PA Bar No. 86657
　　　　　　　　　　　　　　　　　　　　Attorney for Creditor
　　　　　　　　　　　　　　　　　　　　BROCK & SCOTT, PLLC
　　　　　　　　　　　　　　　　　　　　3825 Forrestgate Drive
　　　　　　　　　　　　　　　　　　　　Winston Salem, NC 27103
　　　　　　　　　　　　　　　　　　　　Telephone: (844) 856-6646
　　　　　　　　　　　　　　　　　　　　Facsimile: (704) 369-0760
　　　　　　　　　　　　　　　　　　　　E-Mail: PABKR@brockandscott.com

L.B.F. 9014-4

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>BILAAL T WILLIAMS<br><br>PENTAGON FEDERAL CREDIT UNION,<br>    Movant<br><br>vs.<br><br>BILAAL T WILLIAMS ,<br>    Debtor | Case No. 24-14255-pmm<br>Chapter 13 |

**CERTIFICATE OF SERVICE**

I, the undersigned, certify that on December 23, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Certification of Default

I certify under penalty of perjury that the above document was sent using the mode of service indicated.

Date: December 23, 2025

/s/Mario Hanyon
Andrew Spivack, PA Bar No. 84439
Mario Hanyon, PA Bar No. 203993
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646

Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com

---

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

Brad J. Sadek, Debtor's Attorney
1500 JFK Boulevard
Ste 220
Philadelphia, PA 19102
bradsadek@gmail.com
Debtor's Attorney
Via:  ☒ CM/ECF    ☐ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
      ☐ Other:

KENNETH E WEST,
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106
Bankruptcy Trustee
Via:  ☒ CM/ECF    ☐ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
      ☐ Other:

United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building, 900 Market Street, Suite 320
Philadelphia, PA 19107
US Trustee
Via:  ☒ CM/ECF    ☐ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
      ☐ Other:

BILAAL T WILLIAMS
625 S. GODDARD BLVD, APT 341
KING OF PRUSSIA, PA 19406
Debtor
Via:  ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
      ☐ Other: