

**BROCK & SCOTT PLLC**

**Consumer Hotline**  
844-856-6646

3825 Forrestgate Drive, Winston Salem, NC 27103  
ConsumerContact@brockandscott.com  
www.brockandscott.com

Andrew Spivack, Esquire  
Bankruptcy Attorney

December 9, 2025

SENT VIA REGULAR MAIL AND E-MAILED TO:  
Brad J. Sadek, Esquire  
1500 JFK Boulevard  
Ste 220  
Philadelphia, PA 19102  
Email: bradsadek@gmail.com

RE: BILAAL T WILLIAMS  
Bankruptcy No. 24-14255-pmm  
5240 Kingsessing Ave, Philadelphia, PA 19143  
Loan ending in 7083

Dear Counselor:

Our client has advised us that payments have not been made in accordance with the terms of the Stipulation agreed to by the parties and approved by the Bankruptcy Court by an Order entered on October 14, 2025.

Pursuant to the terms of the Stipulation, your client has failed to make regular monthly payments, for the month of October 20, 2025 in the amount of $891.15, November 20, 2025 in the amount of $809.34, and stipulation payments for the months of October 1, 2025 through December 1, 2025 in the amount of $563.15 each. In order to cure this default, it will be necessary for your client to remit $3,389.94, representing payment(s) past due under the terms of the Stipulation, within ten (10) days from the date of this letter.

Your client's payment to cure this default should be remitted to:

Pentagon Federal Credit Union / Attn: Mortgage Servicing Bankruptcy Dept.  
P.O. Box 650001  
Dallas, TX 75265-0001

If your client does not remit the above amount within the ten (10) day period, we will certify default with the Bankruptcy Court and request relief from the automatic stay.

Bankruptcy Dept.  
Brock and Scott, PLLC

THIS COMMUNICATION IS FROM A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT, AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. IF YOU: ARE A DEBTOR IN AN ACTIVE BANKRUPTCY CASE; ARE UNDER THE PROTECTION OF A BANKRUPTCY STAY; OR, HAVE RECEIVED A DISCHARGE IN BANKRUPTCY AND YOU HAVE NOT REAFFIRMED THE DEBT, THIS NOTICE IS FOR INFORMATIONAL PURPOSES ONLY AND SHOULD NOT BE CONSTRUED AS AN ATTEMPT TO COLLECT A DEBT FROM YOU PERSONALLY.

cc:
BILAAL T WILLIAMS

**PENTAGON FEDERAL CREDIT UNION**

| Post Petition Ledger | | | Summary Breakdown | | | |
|---|---|---|---|---|---|---|
| General Loan Information | | | | | | |
| Loan Number | 7083 | | | | | |
| Borrower Last Name | Williams | | Principal Balance | | 127058.09 | |
| Case Number | 24-14255 | | Last payment received | | 3/31/2025 | |
| First Post-Petiton Pmt Due | 12/20/2024 | | Current Post Petition Due Date | | 10/20/2025 | |
| Agreed Order Due Date | 10/1/2025 | | Total Post Petition Amount Due | | $1,700.49 | |
| Agreed Order Amount Due | $1,689.45 | | Total Suspense | | $0.00 | |
| DATE | Received AMOUNT | Payment Due Amount | Post Due | EXPLANATION | Payment Balance Due | BALANCE |
| 12/20/2024 | | 914.75 | 12/20/2024 | Monthly Post Petition Payment | 914.75 | 0.00 |
| 1/3/2025 | 914.75 | | 1/20/2025 | Rev'd Post Petition Payment | 0.00 | 0.00 |
| 1/20/2025 | | 687.36 | 1/20/2025 | Monthly Post Petition Payment | 687.36 | 0.00 |
| 1/31/2025 | 687.36 | | 2/20/2025 | Rev'd Post Petition Payment | 0.00 | 0.00 |
| 2/20/2025 | | 862.69 | 2/20/2025 | Monthly Post Petition Payment | 862.69 | 0.00 |
| 3/20/2025 | | 807.61 | 2/20/2025 | Monthly Post Petition Payment | 1,670.30 | 0.00 |
| 3/31/2025 | 1,670.36 | | 3/20/2025 | Rev'd Post Petition Payment | 807.61 | 807.67 |
| 3/31/2025 | | | 4/20/2025 | Suspense Rev'd Payment | 0.00 | 0.06 |
| 4/20/2025 | | 779.75 | 4/20/2025 | Monthly Post Petition Payment | 779.75 | 0.06 |
| 5/20/2025 | | 918.99 | 4/20/2025 | Monthly Post Petition Payment | 1,698.74 | 0.06 |
| 6/20/2025 | | 835.45 | 4/20/2025 | Monthly Post Petition Payment | 2,534.19 | 0.06 |
| 7/20/2025 | | 863.30 | 4/20/2025 | Monthly Post Petition Payment | 3,397.49 | 0.06 |
| 8/20/2025 | | 835.45 | 4/20/2025 | Monthly Post Petition Payment | 4,232.94 | 0.06 |
| 9/20/2025 | | 835.45 | 4/20/2025 | Monthly Post Petition Payment | 5,068.39 | 0.06 |
| | | | Agreed Order 4/20/25 - 9/20/25 | | 0.00 | (0.00) |
| 10/1/2025 | | 563.15 | 10/1/2025 | Agreed Order Payment | 563.15 | (0.00) |
| 10/20/2025 | | 891.15 | 10/20/2025 | Monthly Post Petition Payment | 1,454.30 | (0.00) |
| 11/1/2025 | | 563.15 | 10/1/2025 | Agreed Order Payment | 2,017.45 | (0.00) |
| 11/20/2025 | | 809.34 | 10/20/2025 | Monthly Post Petition Payment | 2,826.79 | (0.00) |
| 12/1/2025 | | 563.15 | 10/1/2025 | Agreed Order Payment | 3,389.94 | (0.00) |

| | | | | **Payment Due Balance** | 3,389.94 | (0.00) |
|---|---|---|---|---|---|---|